IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:08-856-JFA |
|---|---|---|
| v. | ) | ORDER |
| GARRY LEWIS WALKER | ) | |

The defendant pled guilty and was sentenced by this court to a term of incarceration. The court's sentence included a standard provision that "during incarceration, the defendant shall make payments of not greater than 50 percent of his net quarterly prison income to be applied to the special assessment and restitution."

The defendant has moved to have this court "intervene" with the Federal Bureau of Prisons to regulate how it deducts money from the defendant's prison account. Apparently, monies are being deducted for use of the phone, email, and commissary. The defendant also contends that he has been denied work "due to a blood cot in [his] right leg."

This court has no jurisdiction over these matters. The Bureau of Prisons is the agency that is entitled to determine whether the defendant is medically capable of working. Deductions from his prison account for miscellaneous expenses are beyond this court's authority.

Because this court lacks authority over the issues raised in the motion, it is respectfully denied.

IT IS SO ORDERED.

June 19, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge